DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare St., Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
ALFREDO F. RINCON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>           Plaintiff, <br> v. <br> ALFREDO F. RINCON, <br>           Defendant. | No. 1:08-cr-0224 OWW <br><br> DEFENDANT'S WAIVER OF PERSONAL PRESENCE IN OPEN COURT AND ORDER THEREON <br><br> Hon. Oliver W. Wanger |

     Defendant, ALFREDO F. RINCON, hereby waives his right to be personally present in open court upon the hearing of any pre-trial proceeding in this cause which involves only a conference or a hearing on a question of law, or superceding information.  This request is made pursuant to Fed.R.Crim.P. 43(a)(1), (b)(3) and (c)(2).

     Defendant Rincon hereby requests that the court proceed in his absence on every occasion which the court may permit pursuant to this waiver.  He agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present.  Defendant further acknowledges that he has been advised of his rights under the Speedy Trial Act, 18 U.S.C §§ 1361- 3174,

///
///
///
///

and he authorizes his attorney to set times and delays under the Act without defendant being present.

DATED: January 22, 2009          /s/ Alfredo F. Rincon
                                 ALFREDO F. RINCON
                                 Defendant


DATED: January 27, 2009          /s/ Eric V. Kersen
                                 ERIC V. KERSTEN
                                 Attorney for Defendant


**ORDER**

    IT IS SO ORDERED.

**Dated:   January 30, 2009**          /s/ Oliver W. Wanger
                                 UNITED STATES DISTRICT JUDGE