1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ALFREDO F. RINCON

FILED

DEC 1 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. 1:08-cr-00224 LJO
                                    )
12                  Plaintiff,      )
                                    )  STIPULATION TO MODIFY CONDITIONS
13       v.                         )  OF RELEASE AND [REDACTED] ORDER
                                    )  THEREON
14 ALFREDO F. RINCON,               )
                                    )
15                  Defendant.      )
                                    )
16 _____ )

17       **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

18 counsel, LAUREL J. MONTOYA, Assistant United States Attorney, attorney for the Plaintiff, and ERIC

19 V. KERSTEN, Assistant Federal Defender, attorney for Defendant Alfredo F. Rincon, that the conditions

20 of release in the above-captioned case may be modified to reduce the required bond amount from

21 $100,000 to $50,000. As modified, the condition of release 7(j) will require that:

22       The defendant shall:  execute a bond or an agreement to forfeit upon failing
         to appear or failure to abide by any of the conditions of release, the
23       following sum of money or designated property: $50,000 cash bail bond
         signed by Donald Myers or a $50,000 property bond secured by equity in
24       property owned by Donald Myers.

25       All other terms and conditions of Mr. Rincon's pretrial release shall remain in full force and effect.

26       On July 18, 2008, Donald Myers posted a $100,000 cash bond to secure Mr. Rincon's pretrial

27 release. More than 16 months have since elapsed and the matter is currently scheduled for trial beginning

28 July 20, 2010. At that time, more than 2 years will have elapsed since Mr. Myers posted the bond. Mr.

Myers did not anticipate his funds would be tied up for this long and he would like to have access to a portion of the funds. For this reason, Mr. Rincon is requesting that his bond amount be reduced from $100,000 to $50,000.

The parties believe the remaining $50,000 bond will reasonably assure Mr. Rincon's appearance at future proceedings. This is based on the facts that Mr. Rincon is a paraplegic with no prior felonies, he has been married to the same woman for many years and they have two teenage children who live at home and attend school, and he has performed well during an extended period of pretrial supervision.

Based on the foregoing, it is respectfully requested that $50,000, constituting one-half of the $100,000 bond previously posted in this matter (Receipt #CAE 100003844), be immediately exonerated and reconveyed to Donald Myers. Mr. Myers' mailing address is 1053 Sumatra Street, Hayward, California 94544. His telephone number is (510)782-6893.

DATED: December ____, 2009    BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Laurel J. Montoya
                              LAUREL J. MONTOYA
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

DATED: December ____, 2009    DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Eric V. Kersten
                              ERIC V. KERSTEN
                              Assistant Federal Defender
                              Attorney for Defendant
                              ALFREDO F. RINCON

# ORDER

IT IS SO ORDERED.

Dated: 12/18/09

GARY S. AUSTIN
U.S. Magistrate Judge