DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALFREDO F. RINCON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-00224 OWW |
| Plaintiff, | STIPULATION TO SET FOR CHANGE OF PLEA AND ORDER THEREON |
| v. | |
| ALFREDO F. RINCON, | Date: February 22, 2010<br>Time: 1:30 p.m. |
| Defendant. | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, attorney for the Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, attorney for Defendant, Alfredo F. Rincon, that a status conference may be scheduled for February 22, 2010, at 1:30 p.m., or the soonest date thereafter that is convenient to the court.

The government and Mr. Rincon have reached a plea agreement in this matter. The purpose of the requested status conference is to allow Mr. Rincon to enter a plea of guilty pursuant to the agreement of

///
///
///
///

the parties.

DATED: February 16, 2010         BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ Laurel J. Montoya
                                 LAUREL J. MONTOYA
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


DATED: February 16, 2010         DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Eric V. Kersten
                                 ERIC V. KERSTEN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ALFREDO F. RINCON


IT IS SO ORDERED.

**Dated:   February 16, 2010**            /s/ Oliver W. Wanger
                                 UNITED STATES DISTRICT JUDGE

Rincon: Stipulation and Order to Set for Change of Plea       2