DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALFREDO F. RINCON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>ALFREDO F. RINCON ,<br><br>    *Defendant*. | No. 1:08-cr-00224-3 OWW<br><br>AMENDED STIPULATION TO EXONERATE CASH BOND AND RECONVEY FUNDS; ORDER THEREON |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, attorney for the Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, attorney for Defendant Alfredo F. Rincon, that the cash bond posted for the pre-trial release of defendant be exonerated, and that the funds be returned to Donald Myers,1053 Sumatra Street, Hayward, California 94544, phone: (510)782-6893.

On July 18, 2008, Donald Myers posted a $100,000 cash bond to secure Mr. Rincon's pretrial release.  Thereafter, on December 18, 2009, pursuant to a stipulation between the parties, the court signed an order reducing the bond amount from $100,000 to $50,000, and directing that $50,000 of the original $100,000 cash bond be returned to Mr. Myers.

On May 3, 2010,  Mr. Rincon appeared before District Court Judge Oliver W. Wanger and was sentenced after having previously changed his plea to guilty pursuant to a plea agreement.  Mr. Rincon was sentenced to a term of probation after having complied with all conditions of his pretrial release.

Based on the foregoing, it is respectfully requested that $50,000, constituting the remaining one-half of the $100,000 bond initially posted in this matter (Receipt #CAE 100003844), be immediately exonerated and reconveyed to Donald Myers. Mr. Myers' mailing address is 1053 Sumatra Street, Hayward, California 94544. His telephone number is (510)782-6893.

DATED: May 5, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: May 5, 2010

DANIEL J. BRODERICK
Federal Defender

/s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
ALFREDO F. RINCON

# O R D E R

**IT IS SO ORDERED.** The bond in the above-captioned case is exonerated and the remaining funds shall be reconveyed to Donald Myers.

DATED: May 5, 2010

/s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
U.S. District Court Judge for the
Eastern District of California